**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 7, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RICHARD JACKSON, a/k/a G,

    Defendant - Appellant.

No. 23-6162
(D.C. No. 5:21-CR-00077-SLP-7)
(W.D. Okla.)

_____

### ORDER AND JUDGMENT[*]

_____

Before **CARSON**, **EBEL**, and **FEDERICO**, Circuit Judges.

_____

Richard Jackson pleaded guilty to money-laundering conspiracy, *see* 18 U.S.C. § 1956(h), and being a felon in possession of a firearm, *see id.* § 922(g), and received a 264-month prison sentence. He has appealed from that sentence, although his plea agreement contains an appeal waiver. The government now moves to enforce that waiver under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). Through counsel, Jackson states "he does not object to dismissal of this direct appeal pursuant to [*Hahn*]." Resp. at 1. In light of Jackson's non-opposition, we grant the government's motion to enforce and dismiss this appeal.

Entered for the Court
Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.